**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1050-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL., | |
| Defendants. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1052-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| COMERICA BANK, ET AL., | |
| Defendants. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1054-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| INDEPENDENT BANK, ET AL., | |
| Defendants. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1056-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| SOUTHSIDE BANK, ET AL., | |
| Defendants. | |

TEXTILE COMPUTER SYSTEMS, INC.,

    Plaintiff,

v.

TEXAS CAPITAL BANK, ET AL.,

    Defendants.

CIVIL ACTION NO. 6:21-cv-1057-ADA

**<u>JURY TRIAL DEMANDED</u>**

## <u>NOTICE REGARDING UNOPPOSED REQUEST TO EXTEND DEADLINE</u>

    Plaintiff Textile Computer Systems, Inc. ("Textile") provides notice to the Court that the parties have agreed to an extension of nine additional days for Textile to respond to the Motion to Stay Fact Discovery filed on Monday, November 7th by U.S. Bancorp and U.S. Bank National Association d/b/a Elan Financial Services in the five above-captioned cases, until Wednesday, November 30, 2022.  Pursuant to the Court's Standing Order Regarding Joint Or Unopposed Requests to Change Deadlines, counsel for the parties further certify that this extension does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: November 18, 2022

Respectfully submitted,

<u>/s/ *Christopher Ryan Pinckney*</u>
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Textile Computer Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November 2022, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

/s/ *Christopher Ryan Pinckney*
Christopher Ryan Pinckney