IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHSIDE BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1056-ADA |

## ORDER

This matter came before the Court upon the Joint Motion to Dismiss Southside filed by Defendant Southside Bank ("Southside") and Plaintiff Textile Computer Systems, Inc. ("Textile").  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by Textile against Southside in this action that are licensed under one or more third party agreements including, but not limited to, any debit or credit cards issued, and/or transactions processed in whole or in part, by Fiserv, Inc., Fiserv Solutions, LLC, U.S. Bank National Association (d/b/a Elan Financial Services), U.S. Bancorp, and/or any of their respective affiliates, are hereby dismissed with prejudice.  It is further

**ORDERED** that all other claims asserted by Textile against Southside in this action, and all of Southside's claims, defenses, or counterclaims for relief against Textile are hereby dismissed without prejudice.  It is further

**ORDERED** that Textile and Southside shall bear their own costs, expenses and legal fees in this case.

SO ORDERED this 14th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE